FILED

09/08/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0508

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 22-0508

_____

JEFF GUENGERICH and COLTER
PROPERTIES, LLC,

      Petitioners,

v.

MONTANA SIXTH JUDICIAL DISTRICT
COURT, PARK COUNTY, HONORABLE
BRENDA R. GILBERT, Presiding,

      Respondent.

O R D E R

_____

Petitioners Jeff Guengerich and Colter Properties, LLC, seek a writ of supervisory control over the Sixth Judicial District Court to reverse that Court's August 3, 2022 order in Park County Cause Number DV 20-177 denying Petitioners' Motion to Disqualify Attorney Vuko J. Voyich from Representing Plaintiffs and Counter-Defendants Victor Kaufman and Tetiana Grabovska in the parties' ongoing litigation. Petitioners seek an order disqualifying Voyich from representing the Plaintiffs in deposition or at trial and reversing the District Court's determination that Plaintiffs did not waive attorney-client privilege as to certain communications they had with Voyich. Petitioners claim that Voyich should be disqualified on the additional ground that he is an essential witness.

Upon review of the Petition and Appendices, we deem it advisable to obtain a response.

IT IS THEREFORE ORDERED that the Respondent, the Plaintiffs in Park County Cause No. DV-177, or each of them, are granted thirty (30) days from the date of this Order within which to file a response to the Petition in accordance with M. R. App. P. 14(7)(a).

The Clerk is directed to provide notice of this Order to all counsel of record in the District Court's Cause No. DV 20-177 and to the Honorable Brenda Gilbert, presiding Judge.

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
September 8 2022